SIMONA G. STRAUSS (Bar No. 203062)
sstrauss@stblaw.com
HILARY WONG (Bar No. 336544)
hilary.wong@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

JONATHAN K. YOUNGWOOD
(Bar No. 350373)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002

*Attorneys for Underwriter Defendants J.P.
Morgan Securities LLC, Morgan Stanley & Co.
LLC, Leerink Partners LLC, and Wells Fargo
Securities, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KYVERNA THERAPEUTICS, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, LEERINK PARTNERS LLC, WELLS FARGO SECURITIES, LLC, PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN, <br><br> Defendants, | Case No. 3:24-cv-08869-PCP <br><br> **CLASS ACTION** <br><br> **STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEFENDANTS' RESPONSE DEADLINES PENDING APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME          Case No. 3:24-CV-08869-PCP

Pursuant to Civil Local Rule 6-1(b), Plaintiff Angelo Rondini ("Plaintiff") and Defendants Kyverna Therapeutics, Inc. ("Kyverna") and J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, and Wells Fargo Securities, LLC (collectively, the "Underwriter Defendants," and together with Kyverna, "Defendants") hereby submit this stipulation deferring all defendants' deadlines to respond to the complaint and vacating the initial case management conference and related deadlines.

## RECITALS

On December 9, 2024, the above-captioned class action complaint was filed in this Court. (Dkt. No. 1.)  The complaint alleges violations of federal securities laws by Kyverna, certain of its officers and directors, and the underwriters of the Kyverna's initial public offering.

A.    On December 16, 2024, the Court set an initial case management conference for March 13, 2025. (Dkt. No. 4.)

B.    The Court's December 16 Order also set deadlines for the parties to file ADR certifications, meet and confer about initial disclosures, and make initial disclosures. (Dkt. No. 4.)

C.    On December 19, 2024, the initial case management conference was rescheduled to March 11, 2025. (Dkt. No. 6.)

D.    Kyverna was served with the complaint on December 20, 2024.

E.    The Underwriter Defendants were served with the complaint on December 20, 2024.

F.    Peter Maag, Ryan Jones, Dominic Borie, James Chung, Karen Walker, Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, and Daniel K. Spiegelman (the "Individual Defendants") have not yet been served with the complaint.

G.    Minh Hoang Merchant, General Counsel of Kyverna, is authorized to accept service of the complaint on behalf of the Individual Defendants.

H.    This action is governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq. (the "Reform Act").  Among other things, discovery is automatically stayed pending resolution of any motion to dismiss.

1

I.    Pursuant to the Reform Act, the Court has the authority to select the most adequate lead plaintiff in this action.

J.    No meaningful litigation activity is expected until after the Court appoints lead plaintiff and lead counsel, at which point a complaint is likely to be filed by the appointed lead plaintiff and lead counsel.  Defendants anticipate filing motions to dismiss the operative complaint after it is filed.

K.    Plaintiff and Defendants agree that deferring the response deadlines for all defendants until after the Court appoints a lead plaintiff and lead counsel pursuant to the Reform Act is prudent and will conserve party and judicial resources.  Plaintiff and Defendants further agree that the initial case management conference and attendant deadlines, as well as ADR procedures and initial disclosures, should be deferred.

## STIPULATION

NOW, THEREFORE, the undersigned hereby stipulate, subject to Court approval, as follows:

1.    Minh Hoang Merchant agrees to accept service on behalf of the Individual Defendants.

2.    The named defendants shall have no obligation to respond to the complaint until after the Court appoints a lead plaintiff and lead counsel.

3.    Counsel for the named defendants will meet and confer with the Court-appointed lead counsel within fourteen days after the Court makes its appointment to discuss a schedule for the filing of any complaint and responses thereto.  The parties will thereafter submit a schedule to the Court for its consideration.

4.    The initial case management conference currently scheduled for March 11, 2025 is hereby vacated and shall be reset in connection with the setting of the briefing schedule on the defendants' anticipated motions to dismiss.

5.    All related deadlines, including ADR requirements, shall be deferred until after an initial case management conference is reset.

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME          CASE NO. 3:24-CV-08869-PCP

Dated: January 7, 2025

SCOTT+SCOTT ATTORNEYS AT LAW
LLP

*/s/ John T. Jasnoch*
JOHN T. JASNOCH (Bar No. 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
jjasnoch@scott-scott.com

*Counsel for Plaintiff Angelo Rondini
and the Proposed Class*

Dated: January 7, 2025

KYVERNA THERAPEUTICS, INC.

*/s/ Minh Hoang Merchant*
MINH HOANG MERCHANT (Bar
No. 198104)
5980 Horton Street, Suite 550
Emeryville, CA 94608
Tel.: (415) 650-7377
mmerchant@kyvernatx.com

*General Counsel of Kyverna Therapeutics, Inc.*

Dated: January 7, 2025

SIMPSON THACHER & BARTLETT LLP

*/s/ Simona G. Strauss*
SIMONA G. STRAUSS (Bar No. 203062)

*Attorneys for Underwriter Defendants J.P.
Morgan Securities LLC, Morgan Stanley & Co.
LLC, Leerink Partners LLC, and Wells Fargo
Securities, LLC*

3

# [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

_____
HON. P. CASEY PITTS
United States District Court Judge

Dated: __January 8,____ 2025

4