John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Co-Lead Counsel for Lead Plaintiff*
*Clement Matthys*

[Additional Counsel on Signature Page]

Dated: April 2, 2025

**APPROVED**

*Judge P. Casey Pitts*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RONDINI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KYVERNA THERAPEUTICS INC., *et al.*,<br><br>Defendants. | Case No. 3:24-cv-08869-PCP<br><br>**JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE(S) THERETO**<br><br>Judge:  Hon. P. Casey Pitts<br>Ctrm:   8, 4th Fl. |

Lead Plaintiff Clement Matthys ("Matthys") and Defendants Kyverna Therapeutics Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, Wells Fargo Securities, LLC, Peter Maag, Ryan Jones, Dominic Borie, James Chung, Karen Walker, Ian Clark, Fred. E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, and Daniel K. Spiegelman (collectively, "Defendants"), through their undersigned counsel, move for entry of an Order setting the following schedule for the filing of an amended complaint and Defendants' responses thereto.

In support of this stipulated request, the parties state as follows:

### Procedural Background

1.     On December 9, 2024, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), as amended, 15 U.S.C. §77z-1(a)(3)(B), Plaintiff Angelo Rondini filed a putative securities class action alleging violations of §11, §12(a), and §15 of the Securities Act of 1933 ("Securities Act") by Defendants (the "Complaint").  ECF No. 1.

2.     On February 7, 2025, Matthys filed a Motion for Appointment as Lead Plaintiff and Approval of Scott+Scott Attorneys at Law LLP ("Scott+Scott") and the Schall Law Firm ("SLF") as Co-Lead Counsel ("Motion") in the above-captioned matter.  ECF No. 20.

3.     On March 11, 2025, this Court entered an Order granting the Motion, appointing Matthys Lead Plaintiff of this Action and Scott+Scott and SLF Co-Lead Counsel.  ECF No. 44.

### Good Cause Exists for the Requested Relief

4.     The parties met and conferred after the appointment of Lead Plaintiff and Co-Lead Counsel to set a briefing schedule for the filing of an amended complaint and Defendants' anticipated motion to dismiss.

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE(S) THERETO
CASE NO.: 3:24-cv-08869-PCP

5.    There is currently no date by which Defendants must respond to the Complaint.

6.    Lead Plaintiff and Defendants have agreed to the following schedule for the filing of an amended complaint and Defendants' response thereto:

(a)    The amended complaint is to be filed by May 2, 2025;

(b)    Defendants' answer(s) or motion(s) to dismiss shall be filed by June 26, 2025;

(c)    If Defendants file a motion (or motions) to dismiss, Lead Plaintiff's opposition(s) shall be filed by August 18, 2025; and

(d)    Defendants' reply (or replies) in support of their motion(s) to dismiss, if any, shall be filed by September 26, 2025.

7.    Good cause thus exists, for reasons of judicial efficiency and economy, for the Court to order the agreed-upon schedule.

WHEREFORE, the parties request that the Court set the schedule set forth *supra*, in ¶ 6.

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE(S) THERETO
CASE NO.: 3:24-cv-08869-PCP

Dated:  April 1, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
William C. Fredericks (*pro hac vice*)
Susan Hu (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
wfredericks@scott-scott.com
shu@scott-scott.com

**THE SCHALL LAW FIRM**
Andrew Brown (CA 160562)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
andrew@schallfirm.com

*Attorneys for Lead Plaintiff Clement Matthys and Co-Lead Counsel for the Class*

**PAUL HASTINGS LLP**

*/s/ Edward Han*
Edward Han (CA 196924)
Christopher McGrath (CA 149129)
Brian Kaewert (CA 305140)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
edwardhan@paulhastings.com
chrismgrath@paulhastings.com
briankaewert@paulhastings.com

*Attorneys for Defendants Kyverna Therapeutics Inc., Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K. Spiegelman, Ryan Jones, Dominic Borie, Karen Walker, Peter Maag,* and *James Chung*

**SIMPSON THACHER & BARTLETT LLP**

Simona G. Strauss (CA 203062)
Hilary Wong (CA 336544)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sstrauss@stblaw.com
hilary.wong@stblaw.com

Jonathan K. Youngwood (CA 350373)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002
jyoungwood@stblaw.com

*Attorneys for Underwriter Defendants J.P. Morgan Securities LLC*, *Morgan Stanley & Co. LLC*, *Leerink Partners LLC*, and *Wells Fargo Securities, LLC*

4

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE(S) THERETO
CASE NO.: 3:24-cv-08869-PCP

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 1, 2025, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all Movants' counsel, and that I have obtained their authorization to affix electronic signatures to this document.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSE(S) THERETO
CASE NO.: 3:24-cv-08869-PCP