UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILAS MCDANIEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BETH SEIDENBERG, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-04393-EKL<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable P. Casey Pitts for consideration of whether the case is related to *Rondini v. Kyverna Therapeutics, Inc.,* No. 5:24-cv-08869-PCP.

**IT IS SO ORDERED.**

Dated: May 27, 2025

_____
EUMI K. LEE
United States District Judge