EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
CHRISTOPHER HAROLD MCGRATH (SB# 149129)
chrismcgrath@paulhastings.com
BRIAN SEARLES KAEWERT (SB# 305140)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:     (650) 320-1800
Facsimile:      (650) 320-1900

*Attorneys for Defendants*
*Kyverna Therapeutics, Inc., Ian Clark, Fred E. Cohen,*
*Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K.*
*Spiegelman, Ryan Jones, Dominic Borie, Karen Walker,*
*Peter Maag, and James Chung*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KYVERNA THERAPEUTICS, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, LEERINK PARTNERS LLC, WELLS FARGO SECURITIES, LLC, PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN,<br><br>Defendants. | CASE NO. 5:24-cv-08869-PCP<br><br>**DECLARATION OF BRIAN S. KAEWERT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:     Hon. P. Casey Pitts<br>Date:      December 11, 2025<br>Time:      10:00 a.m.<br>Ctrm:      8 |

I, Brian S. Kaewert, declare as follows:

I am an attorney licensed to practice in the State of California.  I am an associate with the law firm of Paul Hastings LLP, counsel of record for Defendants Kyverna Therapeutics, Inc. ("Kyverna"), Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K. Spiegelman, Ryan Jones, Dominic Borie, Karen Walker, Peter Maag, and James Chung in the above-captioned matter.  I have personal knowledge of the matters set forth herein and can testify as follows:

1.  Attached hereto as **Exhibit A** is a true and correct copy of Kyverna's Form S-1, Registration Statement, filed on January 16, 2024.

2.  Attached hereto as **Exhibit B** is a true and correct copy of Kyverna's Form S-1/A, Amended Registration Statement, filed on February 6, 2024.

3.  Attached hereto as **Exhibit C** is a true and correct copy of Kyverna's Form 424B4, Prospectus, filed on February 8, 2024.

4.  Attached hereto as **Exhibit D** is a true and correct copy of J.P. Morgan's Analyst Report titled, "Kyverna: The Recurrent Case Was Under-Dosed; We See Weakness as an Overreaction," dated June 14, 2024.

5.  Attached hereto as **Exhibit E** is a true and correct copy of the historical stock price of Kyverna common stock for the period of February 8, 2024 through June 18, 2025, as reported by NASDAQ, which is publicly available at: https://www.nasdaq.com/market-activity/stocks/kytx/historical.

I declare, under penalty of perjury, that the foregoing facts are true and correct.  Executed on June 26, 2025, at Los Angeles, California.

*/s/ Brian S. Kaewert*
BRIAN S. KAEWERT

- 1 -

DECLARATION OF BRIAN S. KAEWERT ISO MOTION TO DISMISS
AMENDED CLASS ACTION COMPLAINT – 5:24-CV-08869-PCP