# EXHIBIT E

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 6/18/2025 | $2.91 | 247434 | $2.96 | $3.04 | $2.86 |
| 6/17/2025 | $2.96 | 196198 | $3.11 | $3.25 | $2.93 |
| 6/16/2025 | $3.15 | 287993 | $3.26 | $3.42 | $3.07 |
| 6/13/2025 | $3.22 | 288522 | $3.34 | $3.51 | $3.21 |
| 6/12/2025 | $3.46 | 388003 | $3.21 | $3.58 | $3.18 |
| 6/11/2025 | $3.31 | 625801 | $3.66 | $3.82 | $3.29 |
| 6/10/2025 | $3.60 | 661239 | $3.48 | $3.82 | $3.47 |
| 6/9/2025 | $3.45 | 320718 | $3.45 | $3.48 | $3.18 |
| 6/6/2025 | $3.39 | 528731 | $3.02 | $3.42 | $3.02 |
| 6/5/2025 | $2.94 | 650214 | $2.86 | $3.16 | $2.70 |
| 6/4/2025 | $2.85 | 211646 | $2.81 | $2.89 | $2.75 |
| 6/3/2025 | $2.79 | 356410 | $2.66 | $2.82 | $2.60 |
| 6/2/2025 | $2.65 | 245807 | $2.59 | $2.77 | $2.55 |
| 5/30/2025 | $2.55 | 187872 | $2.60 | $2.64 | $2.47 |
| 5/29/2025 | $2.63 | 262461 | $2.55 | $2.68 | $2.52 |
| 5/28/2025 | $2.55 | 295719 | $2.73 | $2.73 | $2.43 |
| 5/27/2025 | $2.58 | 1065933 | $2.49 | $2.82 | $2.45 |
| 5/23/2025 | $2.27 | 524822 | $2.38 | $2.48 | $2.24 |
| 5/22/2025 | $2.47 | 549285 | $2.19 | $2.49 | $2.19 |
| 5/21/2025 | $2.21 | 510208 | $2.40 | $2.42 | $2.16 |
| 5/20/2025 | $2.39 | 1009335 | $2.14 | $2.42 | $2.07 |
| 5/19/2025 | $2.07 | 342475 | $2.27 | $2.33 | $2.06 |
| 5/16/2025 | $2.32 | 648174 | $2.30 | $2.41 | $2.27 |
| 5/15/2025 | $2.18 | 377136 | $2.13 | $2.19 | $2.06 |
| 5/14/2025 | $2.15 | 301105 | $2.32 | $2.37 | $2.06 |
| 5/13/2025 | $2.32 | 351816 | $2.21 | $2.32 | $2.16 |
| 5/12/2025 | $2.21 | 221059 | $2.19 | $2.24 | $2.14 |
| 5/9/2025 | $2.11 | 138630 | $2.13 | $2.20 | $2.05 |
| 5/8/2025 | $2.13 | 118586 | $2.02 | $2.14 | $1.96 |
| 5/7/2025 | $2.02 | 169598 | $2.04 | $2.08 | $1.95 |
| 5/6/2025 | $2.01 | 276371 | $2.11 | $2.16 | $1.92 |
| 5/5/2025 | $2.13 | 188936 | $2.25 | $2.28 | $2.12 |
| 5/2/2025 | $2.28 | 108808 | $2.30 | $2.37 | $2.22 |
| 5/1/2025 | $2.22 | 249486 | $2.30 | $2.38 | $2.19 |
| 4/30/2025 | $2.31 | 243581 | $2.02 | $2.32 | $2.00 |
| 4/29/2025 | $2.04 | 83985 | $2.04 | $2.13 | $2.03 |
| 4/28/2025 | $2.05 | 119463 | $2.11 | $2.13 | $2.00 |
| 4/25/2025 | $2.10 | 153952 | $2.11 | $2.22 | $2.07 |
| 4/24/2025 | $2.14 | 303505 | $2.14 | $2.19 | $2.02 |
| 4/23/2025 | $2.13 | 227532 | $2.17 | $2.23 | $2.09 |
| 4/22/2025 | $2.10 | 298485 | $2.00 | $2.12 | $1.92 |
| 4/21/2025 | $1.99 | 263617 | $1.82 | $2.05 | $1.82 |
| 4/17/2025 | $1.86 | 286269 | $1.82 | $1.95 | $1.78 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 4/16/2025 | $1.83 | 222489 | $1.98 | $2.02 | $1.82 |
| 4/15/2025 | $1.99 | 195601 | $2.21 | $2.26 | $1.97 |
| 4/14/2025 | $2.23 | 284194 | $2.10 | $2.27 | $2.00 |
| 4/11/2025 | $2.06 | 167487 | $1.89 | $2.06 | $1.84 |
| 4/10/2025 | $1.87 | 173064 | $1.94 | $1.94 | $1.81 |
| 4/9/2025 | $1.94 | 254557 | $1.86 | $2.07 | $1.81 |
| 4/8/2025 | $1.87 | 254648 | $2.01 | $2.02 | $1.83 |
| 4/7/2025 | $1.91 | 349292 | $1.88 | $2.08 | $1.79 |
| 4/4/2025 | $1.98 | 334576 | $1.91 | $2.00 | $1.86 |
| 4/3/2025 | $1.97 | 243276 | $2.00 | $2.10 | $1.94 |
| 4/2/2025 | $2.15 | 277915 | $2.00 | $2.16 | $1.92 |
| 4/1/2025 | $1.98 | 310407 | $1.91 | $2.08 | $1.88 |
| 3/31/2025 | $1.93 | 408910 | $2.00 | $2.03 | $1.90 |
| 3/28/2025 | $2.00 | 820981 | $2.35 | $2.43 | $1.99 |
| 3/27/2025 | $2.36 | 194807 | $2.57 | $2.57 | $2.34 |
| 3/26/2025 | $2.50 | 281306 | $2.29 | $2.52 | $2.29 |
| 3/25/2025 | $2.30 | 208195 | $2.32 | $2.39 | $2.29 |
| 3/24/2025 | $2.35 | 236145 | $2.40 | $2.43 | $2.27 |
| 3/21/2025 | $2.38 | 470927 | $2.24 | $2.46 | $2.20 |
| 3/20/2025 | $2.27 | 429557 | $2.37 | $2.43 | $2.25 |
| 3/19/2025 | $2.37 | 361103 | $2.44 | $2.47 | $2.34 |
| 3/18/2025 | $2.45 | 282811 | $2.50 | $2.52 | $2.42 |
| 3/17/2025 | $2.54 | 305740 | $2.50 | $2.62 | $2.50 |
| 3/14/2025 | $2.50 | 226744 | $2.56 | $2.65 | $2.42 |
| 3/13/2025 | $2.50 | 320095 | $2.54 | $2.62 | $2.38 |
| 3/12/2025 | $2.53 | 296604 | $2.58 | $2.60 | $2.49 |
| 3/11/2025 | $2.56 | 228842 | $2.57 | $2.60 | $2.43 |
| 3/10/2025 | $2.53 | 211869 | $2.62 | $2.66 | $2.51 |
| 3/7/2025 | $2.60 | 261495 | $2.61 | $2.68 | $2.50 |
| 3/6/2025 | $2.60 | 175679 | $2.58 | $2.67 | $2.58 |
| 3/5/2025 | $2.66 | 256856 | $2.78 | $2.78 | $2.54 |
| 3/4/2025 | $2.63 | 269833 | $2.52 | $2.71 | $2.50 |
| 3/3/2025 | $2.59 | 319628 | $2.87 | $2.91 | $2.59 |
| 2/28/2025 | $2.84 | 175833 | $2.78 | $2.85 | $2.72 |
| 2/27/2025 | $2.80 | 133147 | $2.82 | $2.86 | $2.71 |
| 2/26/2025 | $2.82 | 219358 | $2.87 | $3.03 | $2.81 |
| 2/25/2025 | $2.90 | 397745 | $2.90 | $2.92 | $2.68 |
| 2/24/2025 | $2.90 | 300064 | $2.79 | $2.93 | $2.68 |
| 2/21/2025 | $2.78 | 347615 | $2.88 | $2.89 | $2.71 |
| 2/20/2025 | $2.84 | 185324 | $2.89 | $3.11 | $2.83 |
| 2/19/2025 | $2.89 | 325345 | $2.97 | $3.06 | $2.87 |
| 2/18/2025 | $2.97 | 337033 | $3.10 | $3.14 | $2.94 |
| 2/14/2025 | $3.03 | 295875 | $3.06 | $3.24 | $3.01 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 2/13/2025 | $3.04 | 463487 | $2.66 | $3.18 | $2.66 |
| 2/12/2025 | $2.66 | 797499 | $2.90 | $2.95 | $2.65 |
| 2/11/2025 | $2.93 | 221528 | $2.98 | $3.07 | $2.91 |
| 2/10/2025 | $3.01 | 216654 | $3.00 | $3.06 | $2.97 |
| 2/7/2025 | $3.00 | 177980 | $3.10 | $3.11 | $3.00 |
| 2/6/2025 | $3.11 | 112688 | $3.25 | $3.26 | $3.10 |
| 2/5/2025 | $3.27 | 409622 | $3.10 | $3.40 | $3.09 |
| 2/4/2025 | $3.07 | 437050 | $3.12 | $3.21 | $3.02 |
| 2/3/2025 | $3.10 | 365487 | $3.20 | $3.28 | $3.06 |
| 1/31/2025 | $3.24 | 535137 | $3.35 | $3.54 | $3.22 |
| 1/30/2025 | $3.31 | 413651 | $3.27 | $3.47 | $3.16 |
| 1/29/2025 | $3.24 | 304857 | $3.54 | $3.64 | $3.24 |
| 1/28/2025 | $3.57 | 266265 | $3.57 | $3.68 | $3.45 |
| 1/27/2025 | $3.59 | 402966 | $3.60 | $4.06 | $3.54 |
| 1/24/2025 | $3.60 | 2873748 | $3.37 | $3.95 | $3.33 |
| 1/23/2025 | $3.39 | 496270 | $3.25 | $3.53 | $3.15 |
| 1/22/2025 | $3.29 | 262829 | $3.34 | $3.50 | $3.29 |
| 1/21/2025 | $3.34 | 232568 | $3.35 | $3.44 | $3.22 |
| 1/17/2025 | $3.33 | 183493 | $3.51 | $3.53 | $3.30 |
| 1/16/2025 | $3.43 | 290751 | $3.27 | $3.47 | $3.24 |
| 1/15/2025 | $3.29 | 177691 | $3.42 | $3.47 | $3.27 |
| 1/14/2025 | $3.33 | 277898 | $3.34 | $3.46 | $3.30 |
| 1/13/2025 | $3.29 | 357776 | $3.48 | $3.50 | $3.28 |
| 1/10/2025 | $3.45 | 389646 | $3.70 | $3.70 | $3.41 |
| 1/8/2025 | $3.80 | 264174 | $4.09 | $4.09 | $3.67 |
| 1/7/2025 | $3.86 | 210494 | $3.81 | $3.93 | $3.78 |
| 1/6/2025 | $3.81 | 231636 | $4.16 | $4.17 | $3.78 |
| 1/3/2025 | $4.10 | 393619 | $3.93 | $4.26 | $3.87 |
| 1/2/2025 | $3.92 | 216452 | $3.81 | $4.16 | $3.72 |
| 12/31/2024 | $3.74 | 188321 | $3.67 | $3.78 | $3.62 |
| 12/30/2024 | $3.65 | 573665 | $3.97 | $3.97 | $3.54 |
| 12/27/2024 | $3.99 | 140734 | $3.93 | $4.07 | $3.88 |
| 12/26/2024 | $3.98 | 157241 | $3.86 | $4.08 | $3.85 |
| 12/24/2024 | $3.96 | 117486 | $3.90 | $3.98 | $3.73 |
| 12/23/2024 | $3.92 | 183381 | $4.00 | $4.00 | $3.82 |
| 12/20/2024 | $4.00 | 1404265 | $3.82 | $4.09 | $3.76 |
| 12/19/2024 | $3.87 | 398589 | $3.85 | $3.87 | $3.63 |
| 12/18/2024 | $3.79 | 351865 | $4.26 | $4.28 | $3.77 |
| 12/17/2024 | $4.19 | 294480 | $4.21 | $4.28 | $4.03 |
| 12/16/2024 | $4.24 | 296865 | $4.44 | $4.60 | $4.18 |
| 12/13/2024 | $4.42 | 305001 | $4.45 | $4.59 | $4.25 |
| 12/12/2024 | $4.46 | 223977 | $4.61 | $4.78 | $4.46 |
| 12/11/2024 | $4.69 | 304657 | $4.75 | $4.82 | $4.50 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 12/10/2024 | $4.59 | 274010 | $4.86 | $4.96 | $4.56 |
| 12/9/2024 | $4.86 | 673351 | $4.59 | $5.23 | $4.57 |
| 12/6/2024 | $4.55 | 348826 | $4.72 | $4.76 | $4.50 |
| 12/5/2024 | $4.65 | 358606 | $4.95 | $5.00 | $4.55 |
| 12/4/2024 | $4.95 | 347087 | $5.40 | $5.40 | $4.93 |
| 12/3/2024 | $5.37 | 566928 | $6.75 | $6.89 | $5.30 |
| 12/2/2024 | $6.49 | 1067245 | $5.96 | $7.20 | $5.95 |
| 11/29/2024 | $5.77 | 296981 | $5.49 | $5.94 | $5.39 |
| 11/27/2024 | $5.43 | 371762 | $4.88 | $5.50 | $4.88 |
| 11/26/2024 | $5.06 | 392784 | $5.09 | $5.58 | $5.01 |
| 11/25/2024 | $5.11 | 511266 | $4.52 | $5.23 | $4.46 |
| 11/22/2024 | $4.39 | 270312 | $4.00 | $4.42 | $3.92 |
| 11/21/2024 | $3.99 | 325124 | $4.17 | $4.17 | $3.95 |
| 11/20/2024 | $4.12 | 264093 | $4.20 | $4.34 | $4.05 |
| 11/19/2024 | $4.08 | 522540 | $4.29 | $4.29 | $3.94 |
| 11/18/2024 | $4.41 | 258384 | $4.51 | $4.56 | $4.30 |
| 11/15/2024 | $4.35 | 280159 | $4.85 | $4.85 | $4.30 |
| 11/14/2024 | $4.80 | 244988 | $5.23 | $5.27 | $4.78 |
| 11/13/2024 | $5.06 | 161592 | $5.25 | $5.37 | $5.06 |
| 11/12/2024 | $5.22 | 308729 | $5.49 | $5.50 | $5.10 |
| 11/11/2024 | $5.53 | 143479 | $5.37 | $5.62 | $5.27 |
| 11/8/2024 | $5.29 | 235361 | $5.25 | $5.39 | $5.01 |
| 11/7/2024 | $5.26 | 407274 | $5.16 | $5.61 | $5.16 |
| 11/6/2024 | $5.13 | 324291 | $5.23 | $5.49 | $5.10 |
| 11/5/2024 | $5.09 | 211375 | $5.16 | $5.26 | $4.99 |
| 11/4/2024 | $5.16 | 260399 | $4.91 | $5.33 | $4.78 |
| 11/1/2024 | $4.89 | 165431 | $4.83 | $4.94 | $4.80 |
| 10/31/2024 | $4.78 | 253972 | $5.30 | $5.36 | $4.75 |
| 10/30/2024 | $5.32 | 202812 | $5.34 | $5.69 | $5.31 |
| 10/29/2024 | $5.35 | 168365 | $5.21 | $5.36 | $5.12 |
| 10/28/2024 | $5.32 | 161083 | $5.16 | $5.49 | $5.16 |
| 10/25/2024 | $5.12 | 199389 | $5.02 | $5.29 | $4.89 |
| 10/24/2024 | $4.97 | 180800 | $4.98 | $5.11 | $4.87 |
| 10/23/2024 | $4.99 | 175188 | $5.19 | $5.39 | $4.92 |
| 10/22/2024 | $5.20 | 349140 | $5.15 | $5.28 | $5.03 |
| 10/21/2024 | $5.20 | 305630 | $5.66 | $5.70 | $5.16 |
| 10/18/2024 | $5.64 | 181238 | $5.66 | $5.77 | $5.50 |
| 10/17/2024 | $5.65 | 311987 | $5.68 | $5.78 | $5.43 |
| 10/16/2024 | $5.53 | 325410 | $5.46 | $5.83 | $5.38 |
| 10/15/2024 | $5.38 | 425165 | $5.60 | $5.84 | $5.38 |
| 10/14/2024 | $5.61 | 585912 | $5.32 | $5.67 | $5.02 |
| 10/11/2024 | $5.25 | 762237 | $4.57 | $5.27 | $4.53 |
| 10/10/2024 | $4.55 | 373000 | $4.51 | $4.66 | $4.40 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 10/9/2024 | $4.51 | 297748 | $4.65 | $4.73 | $4.47 |
| 10/8/2024 | $4.60 | 307129 | $4.46 | $4.65 | $4.45 |
| 10/7/2024 | $4.45 | 383512 | $4.62 | $4.63 | $4.42 |
| 10/4/2024 | $4.63 | 344406 | $4.77 | $4.77 | $4.51 |
| 10/3/2024 | $4.61 | 298334 | $4.71 | $4.98 | $4.57 |
| 10/2/2024 | $4.73 | 562121 | $4.66 | $4.81 | $4.53 |
| 10/1/2024 | $4.73 | 349496 | $4.92 | $4.98 | $4.66 |
| 9/30/2024 | $4.89 | 606599 | $5.20 | $5.28 | $4.79 |
| 9/27/2024 | $5.23 | 411793 | $5.25 | $5.35 | $5.15 |
| 9/26/2024 | $5.25 | 485377 | $5.30 | $5.52 | $5.18 |
| 9/25/2024 | $5.24 | 554623 | $5.61 | $5.63 | $5.21 |
| 9/24/2024 | $5.59 | 441728 | $5.91 | $5.98 | $5.53 |
| 9/23/2024 | $5.85 | 502784 | $6.41 | $6.42 | $5.72 |
| 9/20/2024 | $6.39 | 797548 | $6.92 | $6.92 | $6.30 |
| 9/19/2024 | $6.92 | 744159 | $6.87 | $7.35 | $6.69 |
| 9/18/2024 | $6.60 | 369266 | $6.71 | $6.87 | $6.51 |
| 9/17/2024 | $6.66 | 406605 | $7.03 | $7.09 | $6.40 |
| 9/16/2024 | $6.89 | 500052 | $7.10 | $7.15 | $6.68 |
| 9/13/2024 | $7.20 | 244242 | $7.04 | $7.29 | $7.01 |
| 9/12/2024 | $6.99 | 292733 | $7.00 | $7.09 | $6.67 |
| 9/11/2024 | $6.99 | 302338 | $7.09 | $7.39 | $6.88 |
| 9/10/2024 | $7.13 | 236938 | $7.37 | $7.55 | $7.10 |
| 9/9/2024 | $7.38 | 193501 | $7.33 | $7.85 | $7.31 |
| 9/6/2024 | $7.34 | 143716 | $7.52 | $7.69 | $7.15 |
| 9/5/2024 | $7.58 | 181709 | $7.47 | $7.75 | $7.26 |
| 9/4/2024 | $7.45 | 160710 | $7.29 | $7.70 | $7.26 |
| 9/3/2024 | $7.36 | 239638 | $7.93 | $8.28 | $7.16 |
| 8/30/2024 | $8.03 | 386770 | $8.10 | $8.18 | $7.85 |
| 8/29/2024 | $8.02 | 169280 | $7.81 | $8.18 | $7.57 |
| 8/28/2024 | $7.77 | 141727 | $7.97 | $8.01 | $7.51 |
| 8/27/2024 | $8.05 | 249316 | $8.26 | $8.32 | $7.82 |
| 8/26/2024 | $8.39 | 340525 | $8.21 | $8.70 | $7.79 |
| 8/23/2024 | $8.09 | 421894 | $7.98 | $8.78 | $7.80 |
| 8/22/2024 | $7.95 | 356743 | $8.39 | $8.69 | $7.87 |
| 8/21/2024 | $8.40 | 599143 | $7.52 | $8.67 | $7.51 |
| 8/20/2024 | $7.41 | 373269 | $6.99 | $7.41 | $6.83 |
| 8/19/2024 | $6.98 | 300403 | $6.78 | $7.01 | $6.75 |
| 8/16/2024 | $6.74 | 216894 | $6.95 | $7.04 | $6.69 |
| 8/15/2024 | $6.96 | 377133 | $6.69 | $7.03 | $6.61 |
| 8/14/2024 | $6.75 | 287784 | $7.00 | $7.09 | $6.64 |
| 8/13/2024 | $7.00 | 1984845 | $6.96 | $7.22 | $6.62 |
| 8/12/2024 | $6.53 | 636168 | $6.62 | $6.89 | $6.30 |
| 8/9/2024 | $6.56 | 642337 | $6.80 | $6.95 | $6.40 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 8/8/2024 | $6.82 | 664049 | $7.14 | $7.14 | $6.45 |
| 8/7/2024 | $6.98 | 459994 | $7.09 | $7.34 | $6.77 |
| 8/6/2024 | $7.01 | 380788 | $7.06 | $7.37 | $6.64 |
| 8/5/2024 | $7.04 | 780718 | $6.68 | $7.45 | $6.46 |
| 8/2/2024 | $7.25 | 444546 | $7.65 | $7.90 | $7.18 |
| 8/1/2024 | $7.85 | 445815 | $8.84 | $8.84 | $7.68 |
| 7/31/2024 | $8.66 | 310974 | $8.86 | $9.04 | $8.25 |
| 7/30/2024 | $8.75 | 254577 | $9.46 | $9.69 | $8.67 |
| 7/29/2024 | $9.46 | 183763 | $9.84 | $10.08 | $9.20 |
| 7/26/2024 | $9.84 | 298550 | $9.02 | $10.07 | $8.81 |
| 7/25/2024 | $8.90 | 259295 | $9.00 | $9.28 | $8.81 |
| 7/24/2024 | $8.92 | 426622 | $9.29 | $9.60 | $8.81 |
| 7/23/2024 | $9.41 | 259563 | $9.63 | $10.00 | $9.13 |
| 7/22/2024 | $9.71 | 249466 | $10.35 | $10.35 | $9.55 |
| 7/19/2024 | $10.01 | 378043 | $10.60 | $10.77 | $9.82 |
| 7/18/2024 | $10.48 | 596252 | $10.80 | $11.24 | $10.35 |
| 7/17/2024 | $10.50 | 475446 | $10.86 | $11.31 | $10.10 |
| 7/16/2024 | $11.07 | 926839 | $10.95 | $11.40 | $10.15 |
| 7/15/2024 | $9.91 | 338835 | $9.80 | $10.44 | $9.37 |
| 7/12/2024 | $9.79 | 453777 | $9.74 | $10.22 | $9.61 |
| 7/11/2024 | $9.61 | 704803 | $8.64 | $10.00 | $8.59 |
| 7/10/2024 | $8.46 | 467748 | $7.89 | $8.97 | $7.89 |
| 7/9/2024 | $8.23 | 585641 | $7.65 | $8.28 | $7.39 |
| 7/8/2024 | $7.65 | 411881 | $7.06 | $7.84 | $6.95 |
| 7/5/2024 | $7.01 | 584060 | $7.67 | $8.21 | $6.90 |
| 7/3/2024 | $7.68 | 544436 | $7.94 | $8.19 | $7.22 |
| 7/2/2024 | $8.05 | 624301 | $7.75 | $8.31 | $7.68 |
| 7/1/2024 | $7.81 | 479139 | $7.45 | $8.02 | $7.39 |
| 6/28/2024 | $7.50 | 2611393 | $7.37 | $7.82 | $7.07 |
| 6/27/2024 | $7.36 | 386026 | $7.08 | $7.60 | $6.90 |
| 6/26/2024 | $7.27 | 387214 | $7.65 | $7.91 | $7.05 |
| 6/25/2024 | $7.74 | 582698 | $7.84 | $7.90 | $7.54 |
| 6/24/2024 | $7.89 | 401668 | $7.70 | $8.14 | $7.51 |
| 6/21/2024 | $7.73 | 702797 | $8.23 | $8.23 | $7.23 |
| 6/20/2024 | $8.03 | 976645 | $7.55 | $8.47 | $7.45 |
| 6/18/2024 | $7.44 | 1583104 | $7.82 | $8.18 | $6.75 |
| 6/17/2024 | $7.89 | 2567173 | $9.62 | $9.98 | $7.82 |
| 6/14/2024 | $9.53 | 4309586 | $14.22 | $14.49 | $8.80 |
| 6/13/2024 | $14.44 | 1570160 | $13.80 | $16.64 | $13.80 |
| 6/12/2024 | $13.74 | 478585 | $13.42 | $14.08 | $13.04 |
| 6/11/2024 | $13.07 | 477477 | $13.48 | $13.63 | $12.77 |
| 6/10/2024 | $13.52 | 418379 | $13.13 | $14.27 | $12.98 |
| 6/7/2024 | $13.13 | 181038 | $13.14 | $13.56 | $12.95 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 6/6/2024 | $13.54 | 380808 | $15.00 | $15.02 | $13.14 |
| 6/5/2024 | $14.45 | 362245 | $13.33 | $14.56 | $12.66 |
| 6/4/2024 | $12.97 | 1072024 | $14.00 | $15.06 | $12.70 |
| 6/3/2024 | $13.07 | 787983 | $15.07 | $15.24 | $12.95 |
| 5/31/2024 | $12.53 | 416934 | $12.35 | $12.72 | $11.75 |
| 5/30/2024 | $12.32 | 255511 | $12.82 | $13.10 | $12.26 |
| 5/29/2024 | $12.83 | 814431 | $12.94 | $13.51 | $12.01 |
| 5/28/2024 | $13.23 | 404360 | $13.20 | $13.72 | $12.82 |
| 5/24/2024 | $13.00 | 192988 | $12.32 | $13.44 | $12.15 |
| 5/23/2024 | $12.43 | 231719 | $13.33 | $13.33 | $12.16 |
| 5/22/2024 | $13.33 | 192931 | $13.44 | $14.29 | $13.28 |
| 5/21/2024 | $13.70 | 321711 | $14.22 | $14.24 | $13.41 |
| 5/20/2024 | $14.40 | 330144 | $15.37 | $17.06 | $14.13 |
| 5/17/2024 | $15.42 | 280858 | $15.32 | $15.95 | $14.85 |
| 5/16/2024 | $15.25 | 134983 | $15.96 | $16.32 | $15.16 |
| 5/15/2024 | $15.87 | 497255 | $15.85 | $17.55 | $15.53 |
| 5/14/2024 | $15.50 | 337700 | $14.75 | $15.73 | $14.75 |
| 5/13/2024 | $14.63 | 480075 | $14.68 | $15.30 | $14.15 |
| 5/10/2024 | $14.00 | 217579 | $14.86 | $14.86 | $13.81 |
| 5/9/2024 | $14.60 | 280449 | $12.60 | $14.75 | $12.57 |
| 5/8/2024 | $12.66 | 423239 | $13.92 | $13.92 | $12.26 |
| 5/7/2024 | $13.65 | 251900 | $14.11 | $14.11 | $12.98 |
| 5/6/2024 | $13.96 | 238284 | $15.28 | $15.48 | $13.75 |
| 5/3/2024 | $15.25 | 459649 | $14.86 | $16.44 | $14.81 |
| 5/2/2024 | $15.03 | 538183 | $16.56 | $16.56 | $14.86 |
| 5/1/2024 | $16.61 | 731696 | $14.99 | $16.65 | $14.77 |
| 4/30/2024 | $15.14 | 374472 | $14.86 | $15.96 | $14.86 |
| 4/29/2024 | $15.01 | 995709 | $15.70 | $15.80 | $13.96 |
| 4/26/2024 | $15.47 | 705577 | $15.75 | $16.16 | $15.43 |
| 4/25/2024 | $15.94 | 587880 | $17.23 | $17.47 | $15.68 |
| 4/24/2024 | $17.71 | 222597 | $19.20 | $19.44 | $17.23 |
| 4/23/2024 | $19.19 | 123070 | $19.31 | $19.63 | $18.91 |
| 4/22/2024 | $19.50 | 284678 | $17.82 | $19.67 | $17.81 |
| 4/19/2024 | $18.20 | 405854 | $19.14 | $19.14 | $17.76 |
| 4/18/2024 | $19.01 | 969248 | $20.02 | $20.40 | $18.45 |
| 4/17/2024 | $20.43 | 377600 | $22.31 | $22.44 | $20.10 |
| 4/16/2024 | $22.43 | 215016 | $22.93 | $23.16 | $22.20 |
| 4/15/2024 | $22.89 | 177892 | $22.48 | $23.36 | $22.47 |
| 4/12/2024 | $22.78 | 174065 | $23.82 | $24.59 | $22.45 |
| 4/11/2024 | $23.89 | 344447 | $24.74 | $24.74 | $23.85 |
| 4/10/2024 | $24.67 | 104690 | $24.17 | $24.91 | $24.17 |
| 4/9/2024 | $24.59 | 143669 | $23.45 | $24.76 | $23.38 |
| 4/8/2024 | $23.28 | 341030 | $22.13 | $23.70 | $22.13 |

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 4/5/2024 | $22.22 | 471018 | $22.13 | $22.54 | $21.75 |
| 4/4/2024 | $22.30 | 975511 | $21.99 | $22.58 | $21.49 |
| 4/3/2024 | $21.92 | 463883 | $22.73 | $23.29 | $21.71 |
| 4/2/2024 | $22.90 | 710734 | $22.74 | $23.61 | $22.21 |
| 4/1/2024 | $22.52 | 597188 | $24.65 | $25.84 | $22.03 |
| 3/28/2024 | $24.84 | 212615 | $24.01 | $25.28 | $23.51 |
| 3/27/2024 | $24.11 | 895582 | $24.86 | $24.88 | $23.55 |
| 3/26/2024 | $24.86 | 560025 | $23.24 | $24.89 | $23.24 |
| 3/25/2024 | $23.24 | 488732 | $25.73 | $25.98 | $23.12 |
| 3/22/2024 | $25.72 | 295894 | $27.05 | $27.19 | $25.54 |
| 3/21/2024 | $26.90 | 334166 | $25.70 | $28.05 | $25.70 |
| 3/20/2024 | $26.05 | 362441 | $26.16 | $27.12 | $25.70 |
| 3/19/2024 | $26.50 | 373328 | $26.28 | $27.01 | $25.79 |
| 3/18/2024 | $26.75 | 397027 | $29.70 | $29.96 | $26.25 |
| 3/15/2024 | $29.71 | 1115293 | $29.52 | $30.10 | $29.17 |
| 3/14/2024 | $29.54 | 167186 | $30.44 | $30.60 | $29.29 |
| 3/13/2024 | $30.08 | 149433 | $28.80 | $30.16 | $28.80 |
| 3/12/2024 | $29.00 | 152917 | $29.31 | $30.37 | $28.88 |
| 3/11/2024 | $29.49 | 270645 | $28.53 | $30.22 | $28.37 |
| 3/8/2024 | $28.67 | 266696 | $29.98 | $30.19 | $28.65 |
| 3/7/2024 | $28.78 | 164169 | $28.19 | $29.25 | $28.19 |
| 3/6/2024 | $28.26 | 163830 | $28.22 | $28.47 | $27.54 |
| 3/5/2024 | $28.10 | 130401 | $28.65 | $28.70 | $27.21 |
| 3/4/2024 | $27.70 | 659911 | $28.25 | $28.44 | $27.15 |
| 3/1/2024 | $27.75 | 233610 | $27.50 | $28.31 | $27.31 |
| 2/29/2024 | $27.17 | 266388 | $28.57 | $28.79 | $26.90 |
| 2/28/2024 | $28.07 | 287608 | $27.51 | $28.63 | $27.51 |
| 2/27/2024 | $27.51 | 343812 | $28.40 | $28.52 | $27.04 |
| 2/26/2024 | $28.04 | 233721 | $27.41 | $28.09 | $27.00 |
| 2/23/2024 | $27.88 | 235383 | $27.20 | $28.22 | $27.05 |
| 2/22/2024 | $27.16 | 324189 | $27.19 | $29.09 | $26.91 |
| 2/21/2024 | $27.55 | 677769 | $28.01 | $28.78 | $26.04 |
| 2/20/2024 | $28.21 | 204172 | $29.29 | $30.00 | $27.32 |
| 2/16/2024 | $29.50 | 325477 | $29.31 | $29.60 | $29.05 |
| 2/15/2024 | $29.75 | 305568 | $29.61 | $30.08 | $29.12 |
| 2/14/2024 | $29.89 | 476524 | $30.28 | $30.42 | $29.12 |
| 2/13/2024 | $29.71 | 401857 | $29.21 | $30.12 | $28.76 |
| 2/12/2024 | $29.93 | 631918 | $30.35 | $30.45 | $29.54 |
| 2/9/2024 | $30.10 | 633135 | $30.15 | $30.50 | $29.00 |
| 2/8/2024 | $30.00 | 6020904 | $34.25 | $35.06 | $30.00 |