SIMONA G. STRAUSS (Bar No. 203062)
sstrauss@stblaw.com
HILARY WONG (Bar No. 336544)
hilary.wong@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

JONATHAN K. YOUNGWOOD
(Bar No. 350373)
jyoungwood@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002

*Attorneys for Defendants J.P. Morgan
Securities LLC, Morgan Stanley & Co. LLC,
Leerink Partners LLC, and Wells Fargo
Securities, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KYVERNA THERAPEUTICS, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, LEERINK PARTNERS LLC, WELLS FARGO SECURITIES, LLC, PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN,<br><br>Defendants, | Case No. 3:24-cv-08869-PCP<br><br>**UNDERWRITER DEFENDANTS' JOINDER IN KYVERNA DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** |

UNDERWRITER DEFS.' JOINDER                                        Case No. 3:24-cv-08869-PCP

Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, and Wells Fargo Securities, LLC, the underwriters of Kyverna Therapeutics, Inc.'s initial public offering, hereby respectfully join in the following documents being concurrently filed:

(i)     The Kyverna Defendants' Motion to Dismiss Amended Class Action Complaint, ECF 54; and

(ii)    The Kyverna Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, ECF 55.

Date: June 26, 2025

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

*/s/ Simona G. Strauss*
SIMONA G. STRAUSS (Bar No. 203062)

*Attorneys for Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, and Wells Fargo Securities, LLC*

1