EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
CHRISTOPHER HAROLD MCGRATH (SB# 149129)
chrismcgrath@paulhastings.com
BRIAN SEARLES KAEWERT (SB# 305140)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone:     (650) 320-1800
Facsimile:     (650) 320-1900

*Attorneys for Defendants*
*Kyverna Therapeutics, Inc., Ian Clark, Fred E. Cohen,*
*Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K.*
*Spiegelman, Ryan Jones, Dominic Borie, Karen Walker,*
*Peter Maag, and James Chung*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KYVERNA THERAPEUTICS, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, LEERINK PARTNERS LLC, WELLS FARGO SECURITIES, LLC, PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN,<br><br>Defendants. | CASE NO. 5:24-cv-08869-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:     Hon. P. Casey Pitts<br>Ctrm:      8 |

Lead Plaintiff Clement Matthys ("Matthys") and Defendants Kyverna Therapeutics Inc. ("Kyverna"), J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, Wells Fargo Securities, LLC, Peter Maag, Ryan Jones, Dominic Borie, James Chung, Karen Walker, Ian Clark, Fred. E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, and Daniel K. Spiegelman (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 17, 2025, the Court scheduled an initial Case Management Conference ("CMC") in this action to be held on September 11, 2025;

WHEREAS, on June 26, 2025, Defendants Kyverna Therapeutics, Inc. ("Kyverna"), Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K. Spiegelman, Ryan Jones, Dominic Borie, Karen Walker, Peter Maag, and James Chung (collectively, "Kyverna Defendants") moved to dismiss Lead Plaintiff Clement Matthys' Amended Class Action Complaint in its entirety with prejudice (ECF No. 54, the "Motion to Dismiss");

WHEREAS, on June 26, 2025, Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, and Wells Fargo Securities, LLC joined in the Motion to Dismiss (ECF No. 57);

WHEREAS, on August 18, 2025, Lead Plaintiff Mathys filed his Opposition to Defendants Motion to Dismiss (ECF No. 58);

WHEREAS, a hearing on the Motion to Dismiss is currently set for December 11, 2025;

WHEREAS, the Private Securities Litigation Reform Act ("PSLRA") provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, in light of the PSLRA's discovery stay, good cause exists to vacate the initial CMC and related deadlines to be reset after the Court has an opportunity to rule on Defendants' Motion to Dismiss;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, arguments, claims or defenses;

- 1 -

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:  The initial CMC set for September 11, 2025, and any associated deadlines in this action, are vacated and shall be reset after the Court has ruled on the Motion to Dismiss.

**IT IS SO STIPULATED.**

[SIGNATURE PAGE FOLLOWS]

STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES – 5:24-CV-08869-PCP

DATED: August 25, 2025

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Susan Hu*

John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Susan Hu (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
wfredericks@scott-scott.com
shu@scott-scott.com

**THE SCHALL LAW FIRM**

*/s/ Andrew Brown*

Andrew Brown (CA 160562)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
andrew@schallfirm.com

*Attorneys for Lead Plaintiff Clement Matthys and Co-Lead Counsel for the Class*

**PAUL HASTINGS LLP**

*/s/ Edward Han*

Edward Han (CA 196924)
Christopher McGrath (CA 149129)
Brian Kaewert (CA 305140)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
edwardhan@paulhastings.com
chrismgrath@paulhastings.com
briankaewert@paulhastings.com

*Attorneys for Defendants Kyverna Therapeutics Inc., Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K. Spiegelman, Ryan Jones, Dominic Borie, Karen Walker, Peter Maag,* and *James Chung*

**SIMPSON THACHER & BARTLETT LLP**

*/s/ Simona G. Strauss*

Simona G. Strauss (CA 203062)
Hilary Wong (CA 336544)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sstrauss@stblaw.com
hilary.wong@stblaw.com

Jonathan K. Youngwood (CA 350373)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002
jyoungwood@stblaw.com

*Attorneys for Underwriter Defendants J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, and Wells Fargo Securities, LLC*

- 3 -

**Attestation Pursuant to Local Rule 5-1(h)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: August 25, 2025                                    /s/_Edward Han_____


*        *        *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date:  August 25, 2025          _____
                               Hon. P. Casey Pitts
                               United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE AND
RELATED DEADLINES – 5:24-CV-08869-PCP