John T. Jasnoch (CA 281605)
**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
jjasnoch@scott-scott.com

*Co-Lead Counsel for Lead Plaintiff Clement Matthys
and the Class*

[Additional counsel on signature page.]


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>      vs.<br><br>KYVERNA THERAPEUTICS, INC., PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN,<br><br><br>             Defendants. | Case No.: 5:24-cv-08869-PCP<br><br>**NOTICE OF RECENT DECISION**<br><br><br><br>Judge: Hon. P. Casey Pitts<br>Date: December 11, 2025<br>Time: 10:00 a.m.<br>Ctrm: 8 |

Lead Plaintiff Clement Matthys ("Plaintiff") respectfully submits this Statement of Recent Decision pursuant to Local Rule 7-3(d)(2).  The Ninth Circuit decision in *Sodha v. Golubowski*, Case No. 24-1036, attached as Exhibit A, was filed on August 29, 2025, eleven days after Plaintiff filed his Opposition to Defendants' Motion to Dismiss.  ECF No. 58.

The *Sodha* decision is relevant to arguments in Defendants' Motion to Dismiss and Plaintiff's Opposition thereto concerning the materiality of false statements, Item 303 of Regulation S-K, and Item 105 of Regulation S-K as they relate to a claim for violation of Section 11 of the Securities Act of 1933.

Dated: September 4, 2025          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
*s/* John T. Jasnoch
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
jjasnoch@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
William C. Fredericks (*pro hac vice*)
Susan Hu (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
wfredericks@scott-scott.com
shu@scott-scott.com

**THE SCHALL LAW FIRM**
Brian J. Schall
Andrew Brown
Adam Rosen
2049 Century Park East, Suite 2460 Los Angeles, CA 90067
Tel: 310-301-3335
Fax: 310-388-0192
brian@schallfirm.com
andrew@schallfirm.com
adam@schallfirm.com

*Co-Lead Counsel for Plaintiff Clement Mathys and the Class*

1