D. SCOTT CARLTON (SB# 239151)
scottcarlton@paulhastings.com
TIMOTHY D. REYNOLDS (SB# 274589)
timothyreynolds@paulhastings.com
BRIAN SEARLES KAEWERT (SB# 305140)
briankaewert@paulhastings.com
PAUL HASTINGS LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 233-0508

*Attorneys for Defendants Kyverna
Therapeutics Inc., Ian Clark, Fred E.
Cohen, Brian Kotzin, Steve Liapis, Beth
Seidenberg, Daniel K. Spiegelman,
Ryan Jones, Dominic Borie, Karen
Walker, Peter Maag,* and *James Chung*

**GRANTED**

Judge P. Casey Pitts

April 28, 2026

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RODINI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KYVERNA THERAPEUTICS INC., *et al.*,<br><br>Defendants. | Case No. 5:24-cv-08869-PCP<br><br>**JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR DEFENDANTS' RESPONSE TO SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:  Hon. P. Casey Pitts<br>Ctrm:   8, 4th Fl. |

Lead Plaintiff Clement Matthys ("Matthys") and Defendants Kyverna Therapeutics Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, Wells Fargo Securities, LLC, Peter Maag, Ryan Jones, Dominic Borie, James Chung, Karen Walker, Ian Clark, Fred. E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, and Daniel K. Spiegelman (collectively, "Defendants"), through their undersigned counsel, move for entry of an Order setting the following schedule for Defendants' response to Plaintiff's second amended complaint.

In support of this stipulated request, the parties state as follows:

**Procedural Background**

1. On June 26, 2025, Defendants filed a Motion to Dismiss the Amended Class Complaint ("Motion to Dismiss"). ECF No. 54.

2. On March 23, 2026, the Court granted Defendants' Motion to Dismiss without prejudice and directed Plaintiff to file any amended complaint within 28 days of the order. ECF No. 69.

3. On April 20, 2026, Plaintiff filed a Second Amended Class Action Complaint ("Second Amended Complaint"). ECF No. 72.

**Good Cause Exists for the Requested Relief**

4. The parties met and conferred after Plaintiff filed the Second Amended Complaint to set a schedule for Defendants' response.

5. The current deadline for Defendants to respond to the Second Amended Complaint is May 4, 2026.

6.    Lead Plaintiff and Defendants have agreed to the following schedule for the filing of Defendants' response to Plaintiff's Second Amended Complaint:

(a)    Defendants' answer(s) or motion(s) to dismiss shall be filed by May 19, 2026;

(b)    If Defendants file a motion (or motions) to dismiss, Lead Plaintiff's opposition(s) shall be filed by June 16, 2026; and

(c)    Defendants' reply (or replies) in support of their motion(s) to dismiss, if any, shall be filed by July 2, 2026.

7.    Good cause thus exists, for reasons of judicial efficiency and economy, for the Court to order the agreed-upon schedule.

WHEREFORE, the parties request that the Court set the schedule set forth *supra*, in ¶ 6.

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR
DEFENDANTS' RESPONSE TO SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO.: 5:24-cv-08869-PCP

Dated:  April 24, 2026

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ John T. Jasnoch
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin, IV (*pro hac vice*)
Matthew A. Peller (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
tlaughlin@scott-scott.com
mpeller@scott-scott.com

**THE SCHALL LAW FIRM**
Andrew Brown (CA 160562)
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
andrew@schallfirm.com

*Attorneys for Lead Plaintiff Clement Matthys and Co-Lead Counsel for the Class*

**PAUL HASTINGS LLP**

/s/ D. Scott Carlton
D. Scott Carlton (SB# 239151)
Timothy D. Reynolds (SB# 274589)
Brian Searles Kaewert (SB# 305140)
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
scottcarlton@paulhastings.com
timothyreynolds@paulhastings.com
briankaewert@paulhastings.com

*Attorneys for Defendants Kyverna Therapeutics Inc., Ian Clark, Fred E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, Daniel K. Spiegelman, Ryan Jones, Dominic Borie, Karen Walker, Peter Maag,* and *James Chung*

**SIMPSON THACHER & BARTLETT LLP**

/s/ Simona G. Strauss
Simona G. Strauss (CA 203062)
Hilary Wong (CA 336544)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sstrauss@stblaw.com
hilary.wong@stblaw.com

Jonathan K. Youngwood (CA 350373)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002
jyoungwood@stblaw.com

*Attorneys for Underwriter Defendants J.P. Morgan Securities LLC*, *Morgan Stanley & Co. LLC*, *Leerink Partners LLC*, and *Wells Fargo Securities, LLC*

4

JOINT MOTION AND PROPOSED STIPULATED SCHEDULE FOR
DEFENDANTS' RESPONSE TO SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO.: 5:24-cv-08869-PCP