John T. Jasnoch (CA 281605)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
jjasnoch@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA  92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508

*Co-Lead Counsel for Lead Plaintiff*
*Clement Matthys and the Proposed Class*

[Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ANGELO RONDINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KYVERNA THERAPEUTICS, INC., J.P. MORGAN SECURITIES LLC, MORGAN STANLEY & CO. LLC, LEERINK PARTNERS LLC, WELLS FARGO SECURITIES, LLC, PETER MAAG, RYAN JONES, DOMINIC BORIE, JAMES CHUNG, KAREN WALKER, IAN CLARK, FRED E. COHEN, BRIAN KOTZIN, STEVE LIAPIS, BETH SEIDENBERG, and DANIEL K. SPIEGELMAN,<br><br>Defendants. | Case No. 5:24-cv-08869-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS (DKT. NO. 77)**<br><br>Judge:      Hon. P. Casey Pitts<br>Courtroom:  8 |

Lead Plaintiff Clement Matthys ("Plaintiff") and Defendants Kyverna Therapeutics Inc., J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Leerink Partners LLC, Wells Fargo Securities, LLC, Peter Maag, Ryan Jones, Dominic Borie, James Chung, Karen Walker, Ian Clark, Fred. E. Cohen, Brian Kotzin, Steve Liapis, Beth Seidenberg, and Daniel K. Spiegelman (collectively, "Defendants," and with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on April 20, 2026, Plaintiff filed his Second Amended Class Action Complaint (Dkt. No. 72 ("SAC"));

WHEREAS, pursuant to the Parties' stipulated briefing schedule entered by the Court (Dkt. No. 75), Defendants' deadline to move to dismiss or otherwise respond to the SAC was May 19, 2026; Plaintiff's opposition to any motion to dismiss is due June 16, 2026; and Defendants' reply, if any, is due July 2, 2026;

WHEREAS, the Parties met and conferred on May 14, 2026 and agreed upon August 6, 2026 for the hearing on Defendants' motion to dismiss the SAC;

WHEREAS, on May 19, 2026, Defendants' counsel confirmed the Court's availability calendar again and discovered that August 6, 2026 was listed as an unavailable date;

WHEREAS, on May 19, 2026, Defendants' counsel contacted Plaintiff's counsel to confer about alternate hearing dates but did not receive a response prior to filing the motion to dismiss the SAC;

WHEREAS, prior to filing the motion to dismiss, Defendants' counsel notified Plaintiff's counsel that it would notice the hearing for August 20, 2026, but would be amenable to stipulating to an alternate date should August 20, 2026 not be convenient for Plaintiff's counsel;

WHEREAS, Defendants filed their motion to dismiss the SAC on May 19, 2026 (Dkt. No. 77 ("Motion to Dismiss")), and noticed a hearing date of August 20, 2026 at 10:00 a.m.;

WHEREAS, due to scheduling constraints, Plaintiff's counsel is not available on the noticed hearing date;

WHEREAS, in light of their unavailability for the noticed hearing date, Plaintiff's counsel met and conferred with Defendants' counsel to discuss an alternative, mutually agreeable hearing date for the Motion to Dismiss;

WHEREAS, having met and conferred, the Parties jointly stipulate and request that the hearing on the Motion to Dismiss be continued from August 20, 2026 at 10:00 a.m. to September 3, 2026 at 10:00 a.m.;

WHEREAS, this is the Parties' first request to continue the hearing on the Motion to Dismiss;

WHEREAS, the requested continuance will not affect any other deadlines in this case;

WHEREAS, the Parties respectfully submit that based on the foregoing, good cause exists to grant the requested continuance; and

WHEREAS, this stipulation is not a waiver of any Parties' rights, remedies, arguments, claims, or defenses;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:  the hearing on the Motion to Dismiss shall be continued from August 20, 2026 at 10:00 a.m. to September 3, 2026 at 10:00 a.m.

IT IS SO STIPULATED.

[*signature page follows*]

Stipulation & [Proposed] Order – 5:24-cv-08869-PCP

DATED: May 22, 2026

**SCOTT+SCOTT
ATTORNEYS AT LAW LLP**

/s/ Marc J. Greco
William C. Fredericks (*pro hac vice*)
Marc J. Greco (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
wfredericks@scott-scott.com
mgreco@scott-scott.com

John T. Jasnoch (SBN 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
jjasnoch@scott-scott.com

*Co-Lead Counsel for Lead Plaintiff Clement
Mathys and the Proposed Class*

**THE SCHALL LAW FIRM**

/s/ Andrew Brown
Brian J. Schall
Andrew Brown
Adam Rosen
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com
andrew@schallfirm.com
adam@schallfirm.com

*Co-Lead Counsel for Lead Plaintiff Clement
Mathys and the Proposed Class*

DATED: May 22, 2026

**PAUL HASTINGS LLP**

/s/ D. Scott Carlton
D. Scott Carlton (SB# 239151)
Timothy D. Reynolds (SB# 274589)
Brian Searles Kaewert (SB# 305140)
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705
scottcarlton@paulhastings.com
timothyreynolds@paulhastings.com
briankaewert@paulhastings.com

*Attorneys for Defendants Kyverna
Therapeutics Inc., Ian Clark, Fred E. Cohen,
Brian Kotzin, Steve Liapis, Beth Seidenberg,
Daniel K. Spiegelman, Ryan Jones, Dominic
Borie, Karen Walker, Peter Maag, and
James Chung*

**SIMPSON THACHER & BARTLETT
LLP**

/s/ Simona G. Strauss
Simona G. Strauss (CA 203062)
Hilary Wong (CA 336544)
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
sstrauss@stblaw.com
hilary.wong@stblaw.com

Jonathan K. Youngwood (CA 350373)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2002
jyoungwood@stblaw.com

*Attorneys for Underwriter Defendants J.P.
Morgan Securities LLC, Morgan Stanley &
Co. LLC, Leerink Partners LLC, and Wells
Fargo Securities, LLC*

**SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  May 22, 2026                                    /s/ Marc J. Greco
                                                                      Marc J. Greco

\*                \*                \*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:    May 22, 2026                            _____
                                                                    Hon. P. Casey Pitts
                                                                    United States District Judge

-4-
Stipulation & [Proposed] Order – 5:24-cv-08869-PCP